THIESSEN HOLDING CORPORATION v. JOHN C. JUDGE.— Application granted, Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NATHAN SCHLOSSER v. THOMAS WATERS.— Application granted upon plaintiff's filing with clerk of this court a stipulation that upon affirmance judgment absolute shall be rendered against the plaintiff. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ESTHER KLAPHOLTZ, as Administratrix de Bonis Non, etc., v. NEW YORK LIFE INSURANCE COMPANY.— Application granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HELEN MINOR LINDSAY v. GORDON INGLIS LINDSAY.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WHEELER CONDENSER AND ENGINEERING COMPANY v. MORRIS & CUMINGS DREDGING COMPANY.— Application granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of JAMES HART v. GEORGE V. McLAUGHLIN, as Police Commissioner, etc.— Order resettled and motion for leave to appeal to the Court of Appeals granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

CHARLOTTE BUCH v. ADOLPH KLEIN, as Sole Executor, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS OGUST v. INSTITUTE FOR PUBLIC SERVICE, Impleaded with WILLIAM H. ALLEN.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FLORENCE M. POLSEY v. WALDORF ASTORIA, INC., Impleaded, etc.— Motion for reargument denied; motion for stay granted. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of THOMAS W. KENNEDY, Deceased.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Third Intermediate Judicial Settlement of Account of CHARLES P. HIDDEN, as Committee, etc., of HENRIETTA GARDNER CATTAPANI, an Incompetent Person.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

JOSEPH FIRESTONE v. MIROTH CONSTRUCTION Co., INC., Impleaded, etc.— Motion denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MOSES E. HUSSEY v. AMY JOB and Others.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ISIDORE BAYER v. GREENWALD DISPLAY & FIXTURE Co., INC.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.